# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1160
_____

ZHONTERIUS DEONTERVAN
JONES,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Gary L. Bergosh, Judge.

July 23, 2019

PER CURIAM.

The appellant appeals the trial court's order imposing restitution in the amount of $3,228.52. We affirm the trial court's finding that it had jurisdiction without comment, but write only to address the appellant's challenge of the amount of restitution ordered.

The appellant claims the trial court's award was not supported by competent, substantial evidence. Given his arguments on this issue and the State's concession of error, we reverse the amount of restitution and remand for a new restitution hearing.

AFFIRMED in part, REVERSED in part, and REMANDED.

ROBERTS, MAKAR, and KELSEY, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Andy Thomas, Public Defender, Lori A. Willner and Steven L. Seliger, Assistant Public Defenders, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Appellee.